IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WOODMERE ART MUSEUM, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP, in his official capacity as President of the United States, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 25-4887-KSM** |

## ORDER

**AND NOW**, this 28th day of August, 2025, upon consideration of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 2), and following a status conference with the parties, it is **ORDERED** as follows:

1. Plaintiff's Motion shall be converted to a Motion for a Preliminary Injunction.[1]

2. The parties shall complete limited discovery as to the Administrative Record related to Plaintiff's Motion by **September 8, 2025**.

3. Defendants shall file a response to Plaintiff's Motion by **September 8, 2025**.

4. Plaintiff shall file any reply to Defendants' response by **September 10, 2025**.

5. The Court will hold a **HEARING** on Plaintiff's Motion on **Friday, September 12, 2025, at 10:00 a.m.** in Courtroom 16-B of the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA.

---

[1] During a status conference with the parties on August 28, 2025, Plaintiff's counsel agreed to the Court's proposal to convert Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 2) to a Motion for a Preliminary Injunction.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.