# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WOODMERE ART MUSEUM, INC.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | **NO. 2:25-cv-04887-KSM** |
| *v.* | : | |
| **DONALD J. TRUMP, in his official capacity as President of the United States, et al.,** | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Woodmere Art Museum, Inc., hereby provides notice that it dismisses the above-captioned action against all defendants.

Respectfully submitted,

EASTBURN AND GRAY, P.C.

Date: September 5, 2025                /s/ *John P. McShea*

John P. McShea
Pa. Attorney ID No. 34562
Eastburn and Gray, P.C.
60 East Court Street
Doylestown, PA 18901

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served upon Assistant United States Attorney Landon Y. Jones, III, attorney for defendants, *via electronic mail* at usapae.usattorney@usdoj.gov, on the 5th day of September, 2025.

<u>/s/ John P. McShea</u>
John P. McShea
Eastburn and Gray, P.C.

*Attorney for Plaintiff,*
*Woodmere Art Museum, Inc.*